UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00059 |
| | ) | JUDGE CAMPBELL |
| BRANDON NGUYEN | ) | |

ORDER

Pending before the Court is Defendant Nguyen's Motion to Continue Change of Plea Date (Docket No. 65) currently scheduled for July 1, 2015. The Motion is GRANTED in part and DENIED in part.

The change of plea hearing and/or pretrial conference is CONTINUED to July 14, 2015, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE